**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

STATE FARM FIRE AND CASUALTY
COMPANY
        **Plaintiff(s)**        *

        **v.**        *        **Civil Case No.:   ELH-15-2140**

MINDY ALICE SPERLING
        *
        **Defendant(s)**
        ******

**ORDER OF DEFAULT**

It appearing from the records of Craig Roswell, Esq. that the summons and Complaint were properly served upon the above named Defendant on   August 17  , 20 15 . The time for the Defendant to obtain counsel or otherwise defend expired on  September 8 , 20 15  and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Defendant is entered this   29th   day of   September  , 20 15  .

        FELICIA C. CANNON, CLERK

        By:        /s/
        *K. A. Moye'*
        *Deputy Clerk*